# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ROMAINE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FORD MOTOR COMPANY,<br><br>　　　　　Defendant. | Case No. 1:23-cv-00766-SAB<br><br>ORDER FOLLOWING INFORMAL STATUS CONFERENCE, MODIFYING SCHEDULING ORDER<br><br>(ECF Nos. 14, 18, 20) |

　　　A scheduling order for this matter issued on August 15, 2023. (ECF No. 14.) Pursuant to the scheduling order, the pretrial conference and trial were set before District Judge Jennifer L. Thurston for December 16, 2024, and February 11, 2025, respectively. (ECF No. 14.) This case was reassigned for all purposes to Magistrate Judge Stanley A. Boone on August 17, 2023, following the parties' stipulation to consent to magistrate judge jurisdiction. (ECF Nos. 16, 17.) On August 29, 2023, the parties appeared for an informal status conference to advance the pretrial and trial deadlines. (See ECF Nos. 18, 20.) Attorney Alastair Hamblin appeared via videoconference for Plaintiff. Attorney Trina Clayton appeared via videoconference for Defendant.

　　　Following the informal status conference and good cause appearing, IT IS HEREBY

ORDERED that the schedule is modified as follows:

1. The pretrial conference is reset for **September 4, 2024 at 9:30 a.m. in Courtroom 9, before Magistrate Judge Stanley A. Boone**;[1]

2. Trial is set for **November 12, 2024 at 8:30 a.m., in Courtroom 9**; and

3. All other deadlines set forth in the scheduling order shall remain unaltered.

IT IS SO ORDERED.

Dated:   **August 29, 2023**

UNITED STATES MAGISTRATE JUDGE

---

[1] As noted at the informal conference, the parties may request to appear for the pretrial conference via videoconference.