# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ROMAINE,<br><br>    Plaintiff,<br><br>    v.<br><br>FORD MOTOR COMPANY,<br><br>    Defendant. | Case No. 1:23-cv-00766-SAB<br><br>ORDER VACATING ALL MATTERS AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 25)<br><br>**JULY 3, 2024 DEADLINE** |

This action was filed on May 17, 2023. (ECF No. 1.) On June 12, 2024, the parties filed a notice of settlement of the action. (ECF No. 25.) The parties request that the Court vacate upcoming dates and deadlines while performance of the settlement terms are effectuated. The parties proffer that once all terms of the settlement are completed—which includes resolution of Plaintiff's counsel's attorneys' fees, costs and expenses by either stipulation or motion, and payment is received by Plaintiff—the parties will file a stipulation of dismissal with prejudice. The parties stipulate that Defendant waives any timing requirements for bringing a motion for attorney's fees and costs. (Id. at 2.)

Pursuant to Local Rule 160(b), the Court is required to fix a date for dispositional documents to be filed within twenty-one (21) days, absent good cause shown to extend such time. The parties offer no date by which they will file dispositional documents. Accordingly, the Court shall set a deadline of twenty-one days in accordance with the Local Rule. However, the parties may request an extension through a stipulation demonstrating good cause for the needed extension. In this regard, the parties are advised that once the terms of a settlement

1

agreement are finalized and the settlement agreement is signed by the parties, dismissal is not dependent on performance, but rather settlement of the action.

Accordingly, IT IS HEREBY ORDERED that:

1. All pending dates and matters are VACATED; and
2. The parties shall file dispositional documents on or before **July 3, 2024**.

IT IS SO ORDERED.

Dated:   **June 13, 2024**

UNITED STATES MAGISTRATE JUDGE