# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ROMAINE, | Case No.  1:23-cv-00766-SAB |
| Plaintiff, | ORDER GRANTING REQUEST TO CONTINUE DISPOSITIVE MOTION DEADLINE |
| v. | |
| FORD MOTOR COMPANY, | (ECF No. 27) |
| Defendant. | DEADLINE: AUGUST 30, 2024 |

On June 12, 2024, a notice of settlement was filed in this action and an order issued on June 13, 2024, directing the parties to file dispositional documents on or before July 3, 2024. (ECF Nos. 25, 26.)  On June 21, 2024, the parties filed a request to continue the deadline to file dispositive documents to allow for finalizing the settlement agreement.  The Court finds good cause to grant the request.

Accordingly, IT IS HEREBY ORDERED that the parties shall file dispositional documents on or before **August 30, 2024**.

IT IS SO ORDERED.

Dated:   **June 22, 2024**

_____
UNITED STATES MAGISTRATE JUDGE